IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL HILL,

    Petitioner,

v.

C. HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-65-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent C. Holinka denying petitioner Michael Hill's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

By: *[signature]* Lynn Kamholz, Deputy Clerk
Peter Oppeneer, Clerk of Court

1-11-11
Date